

FILED
MAR 14 2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action Number |
| ) | **2:05-cr-458-UWC** |
| **MICHAEL DEANGELO GRIFFIN,** ) | |
| ) | |
| Defendant. ) | |

## VERDICT

We, the jury in the above case, find the Defendant, Michael DeAngelo Griffin, GUILTY of the charges contained in Count(s) __1 + 2__ of the Indictment.

RESPOND TO THE FINAL INQUIRY ONLY IF YOU HAVE FOUND THE DEFENDANT GUILTY OF COUNT ONE.

The weight of the crack cocaine possessed by the Defendant was __17.66__ grams.



_____          __3/14/06__
Foreperson                                    Date

27